**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| M.C., by and through his Parents K.C. and C.C., and K.C. and C.C., individually,<br>Plaintiffs,<br><br>v.<br><br>Wallingford-Swarthmore School District,<br>Defendant. | 10-cv-2804<br><br>Shapiro, J. |

**CERTIFICATE OF SERVICE**

**OF JOINT STIPULATION OF FACTS**

I, Catherine Merino Reisman, hereby certify that on this date the I filed the attached Joint Stipulation of Facts Related to Motion for Preliminary Injunction Pursuant to 20 U.S.C. § 1415(j) ("Joint Stipulation") and provided e-mail notification of the filing to the following individual. The Joint Stipulation was filed electronically and is available for viewing and downloading from the ECF system.

>Timothy Gilsbach, Esquire
>Fox Rothschild LLP
>Ten Sentry Parkway, Suite 200
>PO Box 3001
>Blue Bell PA  19422-3001
>610.397.6500
>tgilsbach@foxrothschild.com

>REISMAN CAROLLA GRAN LLP

>/s/ Catherine Merino Reisman

Dated: July 2, 2010

>Catherine Merino Reisman
>19 Chestnut Street
>Haddonfield NJ  08033-1810
>t 856.354.0071
>f 856.873.5640
>creisman@reismancarolla.com